UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON C. PORTER,

    Plaintiff,

v.                                                Case No. 5:20-cv-297-TKW/MJF

DAVID MADDOX, *et al.*,

    Defendants.
_____/

## O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed pursuant to 28 U.S.C. §1915A(b)(1) based on Plaintiff's failure to fully disclose his litigation history. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 16th day of February, 2021.

                                                *T. Kent Wetherell, II*
                                                **T. KENT WETHERELL, II**
                                                **UNITED STATES DISTRICT JUDGE**